In the Matter of JESUS F., a Person Alleged to be a Juvenile Delinquent, Appellant. [41 NYS3d 420]—

Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about July 30, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of attempted robbery in the first degree, attempted grand larceny in the fourth degree, criminal possession of a weapon in the fourth degree, and menacing in the second degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determination that the victim's testimony, including her account of being threatened by appellant with a knife while he demanded money, was credible.

The knife taken by the victim after it was dropped by appellant, which she then gave to the police, was properly admitted into evidence (*see People v Julian*, 41 NY2d 340, 342-343 [1977]). In any event, the victim's testimony established each of the charges involving possession and use of a dangerous instrument, independently of the knife that was in evidence. Concur—Friedman, J.P., Sweeny, Saxe, Kapnick and Gesmer, JJ.